NUMBER 13-08-00227-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

TEXAS YOUTH COMMISSION, EVINS 

REGIONAL JUVENILE CENTER,

 Appellant,


v.



EDUARDO R. ESTRADA, Appellee. 

_____________________________________________________________


On appeal from the 206th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Texas Youth Commission, Evins Regional Juvenile Center, perfected an
appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas, in
cause number C-542-07-D. Appellant has filed an opposed motion to dismiss its appeal. 
More than ten days have passed, and appellee has not filed a response to the motion to
dismiss. See Tex. R. App. P. 10.3 (a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Based on our review of the record, dismissal of the appeal would not prevent
a party from seeking relief to which it would otherwise be entitled. See id. 42.1(a)(1). 
Accordingly, appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Pending motions, if any, are likewise DISMISSED. Costs will be taxed
against appellant. See id. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant."). Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this 12th day of June, 2008.